**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

UNITED STATES OF AMERICA,

    -against-                                      ORDER

JONATHAN NARVAES,                  9 Crim. 195-22 (GBD)

                     Defendant.

------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

At Probation's request, made with the Government and Defendant's consent, the VOSR hearing set for September 26, 2023 is adjourned to September 27, 2023 at 10:15 a.m.

Dated: New York, New York
       July 27, 2023

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge