UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,

    -against-

JONATHAN NARVAES,

               Defendant.
------------------------------------x

SCHEDULING ORDER

09 Cr. 195-22 (GBD)

GEORGE B. DANIELS, United States District Judge:

    A violation of supervised release hearing is set for March 5, 2024 at 10:00 a.m.

Dated: New York, New York
       February 15, 2024

SO ORDERED.

*[signature]*

GEORGE B. DANIELS
United States District Judge