**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

UNITED STATES OF AMERICA,

    -against-

JONATHAN NARVAES,

                        Defendant.

------------------------------------x

SCHEDULING ORDER

09 Cr. 195-22 (GBD)

GEORGE B. DANIELS, United States District Judge:

The violation of supervised release hearing scheduled for March 5, 2024 at 10:00 a.m. is hereby adjourned to March 19, 2024 at 10:00 a.m.

Dated: New York, New York

**FEB 2 1 2024**

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge