UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,

    -against-

JONATHAN NARVAES,

              Defendant.

------------------------------------x

SCHEDULING ORDER

09 Cr. 195-22 (GBD)

GEORGE B. DANIELS, United States District Judge:

Defendant's unopposed request to adjourn the Violation of Supervised Release conference scheduled for August 29, 2024 is GRANTED. The conference is hereby adjourned to October 24, 2024 at 10:00 a.m.

Dated: August 20, 2024
       New York, New York

SO ORDERED.

*[Signature]*
GEORGE B. DANIELS
United States District Judge