**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

-against-

JONATHAN NARVAES,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SCHEDULING ORDER

09 Cr. 195-22 (GBD)

GEORGE B. DANIELS, United States District Judge:

A violation of supervised release conference is hereby scheduled for January 21, 2025 at 11:00 a.m.

Dated: January 6, 2025
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge