**DOAR RIECK KALEY & MACK**

ATTORNEYS AT LAW

JOHN DOAR (1921-2014)  
WALTER MACK

OF COUNSEL  
JOHN JACOB RIECK, JR.  
JOHN F. KALEY  
e-mail: firm@doarlaw.com  
website: www.doarlaw.com

ASTOR BUILDING  
7TH FLOOR  
217 BROADWAY  
NEW YORK, N.Y. 10007-2911

TELEPHONE: (212) 619-3730  
FACSIMILE: (212) 962-5037

February 4, 2025

**SO ORDERED**

The plea and sentencing scheduled for February 6, 2025 is adjourned to February 13, 2025 at 10:30 a.m.

/s/ George B. Daniels

FEB 05 2025

**Via ECF Filing**  
Hon. George B. Daniels  
United States District Judge  
500 Pearl Street  
New York, New York 10007

Re:   *United States v. Jonathan Feliz et al.*  
       Docket No. 09 Cr. 195 (GBD)

Dear Judge Daniels:

I represent defendant Jonathan Narvaez in the above-referenced matter. Plea and sentencing of Mr. Narvaez with respect to pending VOSR proceedings presently is scheduled for February 6, 2025 at 10:00 a.m. I am writing to request that the plea and sentencing be adjourned one week to February 13, 2025 at 10:30 a.m., which I understand is an available date and time on the Court's calendar.

The adjournment is being requested because counsel for Mr. Narvaez has a family medical matter which requires his attention. AUSA Michael Maiman consents to the adjournment.

Thank you for your consideration of this request.

Respectfully yours,

/s/  
John F. Kaley

cc: AUSA Michael Maiman  
    USPO Alexandrea Hirsch